# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2025-1589
**Short Case Caption** GoTV Streaming, LLC v. Netflix, Inc.
**Filing Party/Entity** Netflix, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

GoTV Streaming, LLC v. Netflix, Inc., No. 2:22-cv-07556-RGK-SHK (N.D. Cal.)
GoTV Streaming, LLC v. Netflix, Inc., Nos., 2024-1669, -1744 (Fed. Cir.)
GoTV Streaming, LLC v. Netflix, Inc., No 2025-1588 (Fed. Cir.)

☐ Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Netflix, Inc.
GoTV Streaming, LLC

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

OLSON STEIN LLP: David M. Stein
BROWN RUDNICK LLP: Jessica N. Meyers
COVINGTON & BURLING LLP: Stephen A. Marshall, Indranil Mukerji
ALAVI AND ANAIPAKOS PLLC: Amir H. Alavi, Demetrios Anaipakos, Masood Anjom, Justin Y. Chen, Scott W. Clark, Connie F. Jones, Steven T. Jugle, Michael D. McBride, Christopher R. Pinckney, Joshua Wyde
WILMER CUTLER PICKERING HALE AND DORR LLP: Lauren E. Matlock-Colangelo, Mark C. Fleming, Thomas G. Saunders
WILLKIE FARR AND GALLAGHER LLP: Steven J. Ballew, Koren L. Bell, Aliza G. Carrano, Barrington E. Dyer, Devon W. Edwards, John C. Moulder, Shelby A. Palmer, Eric L. Saunders

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/09/2025

Signature: /s/ Thomas G. Saunders

Name: Thomas G. Saunders